450 F.2d 350
 UNITED STATES of America, Plaintiff-Appellee,
v.
Dorsey Doyle BENNETT, Defendant-Appellant.
 No. 71-1720 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 11, 1971.
Rehearing Denied Dec. 15, 1971.
 
 Hugh M. Davenport, Jacksonville, Fla., for defendant-appellant.
 John L. Briggs, U. S. Atty., Robert S. Yerkes, Asst. U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.
 Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed: See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966